UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID G. SHAUL,<br><br>              Plaintiff,<br><br>    v.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>              Defendant. | NO. CV-07-0350-EFS<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE** |

    On October 2, 2009, the parties filed a Stipulation of Dismissal. (Ct. Rec. 19.) Based on the parties' Stipulation, **IT IS HEREBY ORDERED**:

    1. Plaintiff's Complaint **(Ct. Rec. 1)** is **DISMISSED with prejudice** and without fees and costs to any party.

    2. This file shall be closed.

    3. All pending motions are **DENIED** as moot. All hearings are **STRICKEN**.

    **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to counsel.

    **DATED** this 2nd day of October 2009.

                                    S/ Edward F. Shea
                                     EDWARD F. SHEA
                      United States District Judge

Q:\Civil\2007\0350.stip.dismiss.wpd

ORDER ~ 1